**Order entered August 30, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01011-CV

### SAFECO LLOYDS INSURANCE COMPANY, Appellant

### V.

### JAMES & PATRICIA BARRENTINE, Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-04453**

## ORDER

The Court has before it appellant's August 29, 2013 motion to extend time to file appellant's brief. The Court **GRANTS** the motion and **ORDERS** appellant to file its brief by October 4, 2013.

/s/    ELIZABETH LANG-MIERS
        JUSTICE